NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of A.W.S., Jr., a child. )
                                  )
                                  )
A.S.,                             )
                                  )
         Appellant,           )
                                  )
v.                                  )      Case No. 2D18-1254
                                  )
DEPARTMENT OF CHILDREN AND    )
FAMILIES and GUARDIAN AD LITEM   )
PROGRAM,                   )
                                  )
         Appellees.           )
                                  )

Opinion filed July 25, 2018.

Appeal from the Circuit Court for Lee
County; Robert Branning, Judge.

Toni A. Butler of Alderuccio & Butler,
Naples, for Appellant.

Meredith K. Hall, Bradenton, for Appellee
Department of Children and Families.

Laura J. Lee, Tallahassee, for Appellee
Guardian ad Litem Program.

PER CURIAM.


         Affirmed.

LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.